No. 73–5688. HART v. COINER, WARDEN. C. A. 4th Cir. Petition for writ of certiorari denied as untimely filed. 28 U. S . C. § 2101 (c).

No. 73–5900. DAWKINS ET AL. v. CRAIG, COMMISSIONER OF SOCIAL SERVICES OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Petition for writ of certiorari denied as untimely filed. 28 U. S. C. § 2101 (c).

No. 73–5992. MATHIS v. ALABAMA. Sup. Ct. Ala. Certiorari and other relief denied.

No. 72–6762. SMILGUS v. BERGMAN ET AL., 414 U. S. 842, 1052. Motion for leave to file second petition for rehearing and other relief denied.